JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, | Case No. 2:13-cv-03367-RGK-JEM |
| Plaintiff, | |
| v. | [Proposed] ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| FedEx Office & Print Services, Inc., et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff, Martin Vogel, and defendants FedEx Office and Print Services, Inc.; Henry R. LaPachet, Trustee of the LaPachet Family Trust Dated December 4, 1992; Sylvia E. LaPachet, Trustee of the LaPachet Family Trust Dated December 4, 1992; Noreen Revelli, Successor Trustee of the Belli Trust Under Declaration of Trust Dated October 3, 1980; and Jeanette Esola, Successor Trustee of the Belli Trust Under Declaration of Trust Dated October 3, 1980,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: 08·15·2013

_____
United States District Judge

Order re: Joint Stipulation for Dismissal

- 1 -

Vogel v. FedEx Office & Print Services, Inc., et al.
Case No. 2:13-cv-03367-RGK-JEM